HOWARD A. SLAVITT (State Bar No. 172840)
COBLENTZ, PATCH, DUFFY & BASS LLP
One Ferry Building, Suite 200
San Francisco, California 94111-4213
Telephone: 415.391.4800
Facsimile: 415.989.1663
Email: ef-has@cpdb.com

MICHAEL A. ALBERT (admitted pro hac vice)
GERALD B. HRYYSZYN
WOLF, GREENFIELD & SACKS, P.C.
600 Atlantic Avenue
Boston, Massachusetts
Telephone: 617-646-8000
Facsimile: 617-646-8646
Email: malbert@wolfgreenfield.com
       ghrycyszyn@wolfgreenfield.com

Attorneys for Defendant Franklin Sports, Inc.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION**

| | |
|---|---|
| SAN FRANCISCO TECHNOLOGY, INC.,<br><br>Plaintiff,<br><br>v.<br><br>FRANKLIN SPORTS, INC.,<br><br>Defendant. | Case No. C10-05210 PJH<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE TO MARCH 23, 2011**<br><br>Date: February 24, 2011<br>Time: 2:00 p.m.<br>Courtroom 3<br>Judge: Hon. Phyllis J. Hamilton |

Plaintiff San Francisco Technology, Inc. and Defendant Franklin Sports, Inc., by and through their respective counsel, jointly request and stipulate that the Case Management Conference currently scheduled for February 24, 2011, at 2:00 pm be continued and rescheduled for March 23, 2011, at 9:00 a.m., immediately following the hearing set for Defendant's pending Motion to Dismiss pursuant to Rules 12(b)(6) and 9(b), and in the alternative Motion to Transfer Venue (the "Motions").

WHEREAS a Case Management Conference is scheduled to take place at 2:00 p.m. on February 24, 2011 (D.I. 16);

WHEREAS on February 14, 2011, Defendant moved to dismiss the Action for failure to state a claim under Rule 12(b)(6) and for failure to plead with the specificity required under Rule

1. 9(b), and, in the alternative, to transfer venue pursuant to 28 U.S.C. § 1404(a) (D.I. 19);

2. WHEREAS the Motion are scheduled for oral argument on March 23, 2011 at 9:00 am;

3. WHEREAS Plaintiff and Defendant agree that it would be most efficient, both for the Court and the parties, to hold the Case Management Conference on the date of, and immediately following, oral argument on the Motions;

NOW THEREFORE, IT IS HEREBY STIPULATED by and between counsel for the undersigned parties as follows:

1. The Case Management Conference in this Action will be continued from February 24, 2011, until March 23, 2011, at 9:00 am.

DATED: February 23, 2011         WOLF, GREENFIELD & SACKS, P.C.

By: ___/s/ Michael A. Albert_____
Michael A. Albert
Attorneys for Defendant Franklin Sports, Inc.

DATED: February 23, 2011         MOUNT, SPELMAN & FINGERMAN, P.C.

By: ___/s/ Daniel H. Fingerman_____
Daniel H. Fingerman
Attorneys for Plaintiff
San Francisco Technology, Inc.

PURSUANT TO STIPULATION, IT IS SO ORDERED:

Dated: 2/23/11                    _____
HON. PHYLLIS J. HAMILTON
United States [District Judge]

*IT IS SO ORDERED* — Judge Phyllis J. Hamilton

14440.001.1678805v1         2         Case No. C10-05210 PJH

**STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE TO MARCH 23, 2011**